IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAXIE C. BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-12-1051-C |
| | ) |
| JUSTIN JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

As the partial filing fee required by the Report and Recommendation entered September 24, 2012, has now been paid, the Court declines to adopt that Report and Recommendation and the matter is recommitted to the Magistrate Judge consistent with the earlier Order of Referral.

IT IS SO ORDERED this 12th day of December, 2012.

ROBIN J. CAUTHRON
United States District Judge