IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAXIE C. BARBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-12-1051-C |
| ) | |
| JUSTIN JONES, Director DOC; ) | |
| CLAUDE CHESTER, LCF Warden; ) | |
| MARK STEVENS, Correctional ) | |
| Health Services Administrator; ) | |
| KIRK SMITH, M.D., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on June 28, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 31) is adopted and Defendant Justin Jones's Motion to Dismiss (Dkt. No. 17) is granted, and the Motion for Summary Judgment of Defendants Claude Chester, Dr. Kirk Smith, and Nurse Mark Stevens is likewise granted. A judgment shall enter accordingly.

IT IS SO ORDERED this 26th day of July, 2013.

ROBIN J. CAUTHRON
United States District Judge